# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GABRIEL ARMENDARIZ,
ERIC DION COLEMAN, JACOB GOMEZ,
TONY LOVATO, MATTHEW J. LUCERO,
EDWARD R. MANZANARES,
CHRISTOPHER MAVIS, PHILIP TALACHY,
FELIPE J. TRUJILLO, JOSEPH VIGIL, and
JAMES M. WHEELER, on their own behalf and
on behalf of a class of similarly situated persons,

        Plaintiffs,

v.                                                                    Case No. 1:17-cv-00339-WJ-LF

SANTA FE COUNTY BOARD OF COMMISSIONERS,
and MARK GALLEGOS, in his individual and official capacity,
and INDUSTRIAL COMMERCIAL COATINGS, LLC,

        Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR ACCEPTANCE OF CERTAIN LATE-FILED CLAIMS

Plaintiffs Gabriel Armendariz, Eric Dion Coleman, Jacob Gomez, Tony Lovato, Matthew J. Lucero, Edward R. Manzanares, Christopher Mavis, Philip Talachy, Felipe J. Trujillo, Joseph Vigil, and James M. Wheeler ("Plaintiffs"), individually and on behalf of a settlement class defined herein ("Settlement Class"), by and through their undersigned counsel, move the Court to approve the modification of the Settlement Agreement and Release ("Settlement Agreement") entered into by the Parties to permit acceptance of certain late-filed claims. As grounds, Plaintiffs state:

    1.    The Settlement Agreement provides for all claims to be postmarked no later than ninety days after the date of preliminary approval. *See* Settlement Agreement and Release (Doc. 279-1) at 20.

2. Based on this term of the Settlement Agreement, the Order Granting Preliminary Approval of Settlement provides that claim forms should be submitted no later than November 11, 2019 (90 days after the date of the Order). *See* Doc. 280 at 10.

3. As of the date of this motion, 44 claims have been received by the Claims Administrator that were submitted after the deadline. *See* spreadsheet prepared by Claims Administrator, attached as Exhibit A.

4. Where explanations were given, the claimants explained that they did not receive the mailing of the notice due to having changed addresses. *See id.* Due to the nature of this population, Plaintiffs believe that it is overwhelmingly probable that this same explanation applies to those late claimants who did not provide an explanation.

5. The acceptance of these late-filed claims will not have a significant impact on the amounts to be received by those who filed timely claims.

6. The acceptance of these late-filed claims is in the best interests of the Settlement Class Members.

7. The proposed Order Granting Final Approval of Class Action Settlement and Final Judgment provides that the parties are permitted to agree to and adopt modifications to the Settlement Agreement so long as they are consistent in all material respects with the Final Order and Judgment and do not limit the rights of the Settlement Class Members. *See* Doc. 279-1 at 63.

8. The proposed modification to permit these late-filed claims is consistent with the other terms of the Final Order and Judgment and does not limit the rights of the Settlement Class Members.

9.     Defendants do not object to this modification of the terms of the Settlement Agreement if the Court determines that these late-filed claims should be permitted.

For the foregoing reasons, Plaintiffs respectfully request that, if the Court grants final approval of the Settlement Agreement, the Court should also approve modification of the Settlement Agreement to permit the acceptance of the late-filed claims identified in Exhibit A, provided they are otherwise valid.

Respectfully submitted,

Mark H. Donatelli
Paul Linnenburger
ROTHSTEIN DONATELLI LLP
1215 Paseo de Peralta
Post Office Box 8180
Santa Fe, New Mexico 87504-8180
(505) 988-8004

/s/ *John C. Bienvenu*
John C. Bienvenu
BIENVENU LAW OFFICE
P.O. Box 2455
215 Lincoln Avenue Suite 204A
Santa Fe, New Mexico 87504-8180
(505) 982-3813

/s/ *Kristina Martinez*
Kristina Martinez
EGOLF + FERLIC +
MARTINEZ + HARWOOD, LLC
123 W. San Francisco St., Second Floor
Santa Fe, NM 87501
(505) 986-9641

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of January 2020, I filed this pleading electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means.

/s/ *Kristina Martinez*
Kristina Martinez